# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ        DATE: April 4, 2000

COURTROOM DEPUTY: Lida Isis EGELE        CIVIL CASE: 98-2137 (PG)

================================================================

MIGUEL COLOM GONZALEZ,                   Attorneys:  Peter DIAZ
et al

vs.

BLACK & DECKER (PR) LLC                  María SANTIAGO DE VIDAL

================================================================

PRETRIAL CONFERENCE held in chambers. The Pretrial Order hasn't been filed. The defendant has its part ready.

The plaintiffs haven't answered the motion for summary judgment. They have been in the process of obtaining several documents re: the closing of a department, in order to respond. They have obtained the needed evidence and request that the discovery be re-opened. The defendants strenuously object. The defendants are granted 10 days to respond to the plaintiffs' written motion to re-open the discovery (dkt. #26). Another conference will be set once these motions are ruled upon.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lida Isis EGELE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:  All counsel of record.