IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL COLOM GONZALEZ

    **Plaintiff**                              CIVIL NO. 98-2137 (JAG)

    v.

BLACK & DECKER, PR, LLC.

    **Defendant**

---

### JUDGMENT

Based on the Opinion and Order of this date, the Court enters judgment dismissing the plaintiffs' ADEA claim with prejudice.

The Court declines to exercise its supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367 and they are hereby dismissed without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of March 2002.

                                          JAY A. GARCIA-GREGORY
                                          U.S. District Judge