# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MIGUEL COLOM GONZALEZ, et al

**Plaintiff(s)**

v.  CIVIL NO. 98-2137 (JAG)

BLACK & DECKER (PR) LLC

**Defendant(s)**

| MOTION | ORDER |
|---|---|

**Date Filed:** 05/23/02
**Title:** Motion for an Extension of Time to Oppose Defendant's Motion for Attorney's Fees   **GRANTED.**
**Docket(s):** 37

X Plaintiffs   ☐ Third Party
☐ Defendant(s)   ☐ Other

Date: June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge