# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MIGUEL COLOM GONZALEZ
    **Plaintiff(s)**

v.                                          **CIVIL NO.** 98-2137(JAG)

BLACK & DECKER (PR) LLC
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5/10/02<br>**Title:** Motion Requesting Attorneys' Fees Pursuant to Rule 54(d)(2)<br>**Docket(s):** 36<br><br>☐ Plaintiffs     ☐ Third Party<br>X Defendant(s)    ☐ Other | DENIED. The Court does not find sufficient evidence in the record to sustain a finding of bad faith, vexatious, wanton or oppressive conduct on the part of plaintiffs. |

Date: 10.25.02

JAY A. GARCIA-GREGORY
U.S. District Judge